UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERICA HERNANDEZ,

                Plaintiff,

         -against-

PREMIUM MERCHANT FUNDING ONE, LLC, *et al.*,

                Defendants.

19cv1727

ORDER

---

WILLIAM H. PAULEY III, Senior United States District Judge:

        In light of this Court's July 13, 2020 Opinion & Order (ECF No. 37), the parties shall submit a proposed discovery schedule by July 31, 2020. The parties are directed to appear for a telephone conference with the Court on August 7, 2020 at 11:00 a.m. The parties are directed to use the following dial-in information: the dial-in number is 888-363-4749, passcode 3070580.

Dated: July 17, 2020
       New York, New York

SO ORDERED:

*William H. Pauley III*
WILLIAM H. PAULEY III
U.S.D.J.