LAW OFFICE OF STEVEN A. FELDMAN & ASSOCIATES, PLLC
763 DOGWOOD AVENUE
WEST HEMPSTEAD, NY 11552
TEL: 516-537-8357 FAX: 516-213-0245
STEVEN@SAFESQ.COM

Wednesday, July 29, 2020

VIA ECF
Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Hernandez v. Premium Merchant Funding One, LLC et al*
Docket No. 1:19-cv-01727 (WHP)
Request for Adjournment and Extension of Time to File an Answer

Dear Judge Pauley:

    I represent defendants Premium Merchant Funding One, LLC ("PMF"), James P. Geiselman III, and Daniel P. Moore ("Defendants") in the above referenced matter. I am writing to request (a) a 10-day extension of time to file an answer in this action, (b) a 10-day adjournment to submit the Rule 26(f) letter; and (c) a 10-day adjournment of the conference scheduled for August 8. The reason for the request is that I have been away with my family since the Court's recent decision concerning Defendants' motion to dismiss [ECF Docket # 37] and need more time to confer with my clients to prepare the answer and Defendants' position regarding discovery. The answer was due on July 27, and the Rule 26(f) is due on July 31.

    Plaintiff's counsel has indicated that he "can't voluntarily" agree to a requested adjournment, but has not provided a reason why he will not consent. We respectfully request that the Court grant this short adjournment request.

    Thank you in advance for this consideration.

Respectfully submitted,
_____/s/_____
Steven A. Feldman, Esq.
Counsel for Defendants

**Application granted. Defendants shall submit an Answer by August 6, 2020. The parties shall submit their proposed discovery schedule pursuant to Federal Rule of Civil Procedure 26(f)(3) by August 10, 2020. The telephone conference scheduled for August 7, 2020 is adjourned to August 25, 2020 at 2:00 p.m.**

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

Dated: July 30, 2020
New York, New York